**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Araiza,<br><br>    Plaintiff,<br><br>vs.<br><br>Milton Kent Mecham doing business as Mecham & Associates, Chartered,<br><br>    Defendant. | No. CV10-0188 PHX DGC<br><br><br><br>**ORDER** |

On June 17, 2010, Plaintiff Alejandro Araiza filed a motion for leave to file an amended complaint (Doc. 20). Defendant Milton Kent Mecham d/b/a Mecham & Associates, Chartered, did not file a response to the motion within the time period allowed by the Local Rules. *See* L.R. Civ. P. 7.2(c) ("The opposing party shall . . . have fourteen (14) days after service in a civil or criminal case within which to serve and file a responsive memorandum."). The Court will treat Plaintiff's lack of response as consent to the motion to amend pursuant to Rule 7.2(i) of the Local Rules of Civil Procedure. *See* L.R. Civ. P. 7.2(i) (stating that, if a party fails to "file the required answering memoranda," "such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily").

1    **IT IS ORDERED** that Plaintiff's motion to amend (Doc. 20) is **granted**.

2    DATED this 16th day of July, 2010.

*David G. Campbell*
United States District Judge